**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-24943-JB**

JESUS BOADA,

Plaintiff,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

Defendants.
_________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal. ECF No. [21]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 2nd day of July, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**